IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LEONARD CLERKLEY, aka Leonard Clerkly,[1] (TDCJ # 595191) | § § § § |
| VS. | § CIVIL ACTION NO.4:05-CV-199-Y § § |
| CORRECTIONAL SERVICES CORPORATION, et al. | § § |

FINAL JUDGMENT

Pursuant to an opinion and order of dismissal issued this same day, and Federal Rule of Civil Procedure 58:

It is hereby ORDERED, ADJUDGED, and DECREED that plaintiff Leonard Clerkley's claims be, and they are hereby, DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A(b)(1) and, alternatively, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii).

It is further ORDERED that all costs of court are taxed against the party that incurred them.

SIGNED April 29, 2005.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff has signed his name to pleadings in this case as "Clerkley," he has also listed the spelling of his name in a prior lawsuit as "Clerkly" and records of the Texas Department of Criminal Justice show the spelling of inmate number 595191 name as "Clerkly."